UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME MITCHELL, CDCR #AL-1076,<br><br>                       Plaintiff,<br>vs.<br><br>CDCR/AG, *et al.*,<br><br>                      Defendants. | Case No. 3:21-cv-01781-BAS-BLM<br><br>**ORDER DISMISSING CIVIL ACTION PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)(ii) AND § 1915A(b)(1) AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

On October 15, 2021, Jerome Mitchell ("Plaintiff" or "Mitchell"), currently incarcerated at California State Prison, Sacramento, located in Sacramento, California ("CSP-SAC") and proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff did not prepay the civil filing fee required by 28 U.S.C. § 1914(a). Instead, he filed a Motion to Proceed In Forma Pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). (ECF No. 2.)

On November 9, 2021, the Court granted Mitchell's IFP motion and dismissed the case without prejudice and with leave to amend pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), § 1915A(b)(1). (ECF No. 3.) Mitchell was given until January 4, 2022, to file a First Amended Complaint that cured the pleading deficiencies outlined in the November 9, 2021 Order. *Id.*

More than a month has elapsed since January 4, 2022, but to date, Mitchell has not

filed an amended complaint nor requested an extension of time.  "The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

The Court **DISMISSES** this civil action **WITH PREJUDICE**, for Plaintiff's failure to state a claim upon which § 1983 relief can be granted and for his failure to prosecute as required by Court's November 9, 2021 Order.

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED.**

**DATED: February 10, 2022**

Hon. Cynthia Bashant
United States District Judge